Maurine BOLDON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27869.

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

No attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

### PER CURIAM.

Appellant was convicted under two counts for the offense of selling beer in a dry area; the punishment assessed under the first count, $200, and the punishment assessed under the second count, $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.